McCORMICK ET AL. v. STATE, EX REL. WORKMAN. ·

[No. 20,514.   Filed December 12, 1905.]

From Martin Circuit Court; *Milton S. Hastings*, Special Judge.

Action by the State, on the relation of Joseph N. Workman, against Hiram McCormick and others. From a judgment for plaintiff, defendants appeal. *Appeal dismissed.*

*Hiram McCormick* and *Frank E. Gilkison*, for appellants.
*Padgett & Padgett, Fabius Givin* and *Marshall & Carrico*, for appellee.

MONTGOMERY, J.—This record is in all respects, except as to the office involved, like that of *McCormick* v. *State, ex rel.* (1905), *ante*, 639, and upon the authority of that case the appeal herein is dismissed.